AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Donavan E. Miller,<br>*Plaintiff*<br>v.<br>Colleton County Sheriff's Office; Jodie Taylor; Andy Strickland; Matthew Bell; Chris Ferrand,<br>*Defendants* | )<br>)<br>) Civil Action No.   1:15-cv-01253-SB<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Donavan E. Miller, shall take nothing of the defendants, Colleton County Sheriff's Office and Chris Ferrand, and this action is dismissed without prejudice as to these defendants.

■ other: the plaintiff, Donavan E. Miller, shall take nothing of the defendants, Jodie Taylor; Andy Strickland; Matthew Bell, and this action is dismissed with prejudice as to these defendants for lack of prosecution pursuant to Rule 41(b).

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sol Blatt, Jr., United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of Colleton County Sheriff's Office and Chris Ferrand without prejudice.

■ decided by the Honorable David C. Norton, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of Jodie Taylor; Andy Strickland; and Matthew Bell with prejudice.

Date:  February 19, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/M. Walker
                                                            *Signature of Clerk or Deputy Clerk*